UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| JANE DOE, *a student, by and through her parent and guardian, Mary Doe,*  Plaintiff,  vs.  JACKSON MADISON COUNTY BOARD of EDUCATION,  Defendant. | JUDGMENT IN A CIVIL CASE  CASE NO: 17-1174-STA-dkv |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED that in accordance with the Order of Dismissal with Prejudice entered on August 6, 2019, this cause is hereby DISMISSED with prejudice.**

APPROVED:

s/ S. Thomas Anderson
CHIEF JUDGE UNITED STATES DISTRICT COURT

DATE: 8/6/2019

THOMAS M. GOULD
Clerk of Court

s/Maurice B. BRYSON
(By) Deputy Clerk